# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 2, 2022

Lyle W. Cayce
Clerk

No. 21-11161

Gregory Alan Scott, doing business as
The Scott Law Firm,

*Plaintiff - Appellant/Cross-Appellee*

*versus*

Scott D. Wollney; Joseph R. Shugrue; Paul A. Romano;
Atlas Financial Holdings, Incorporated, Individually
doing business as Atlas Group of Companies, doing
business as American Insurance Acquisition,
Incorporated, doing business as American Service
Insurance Company, doing business as American
Country Insurance, doing business as Gateway
Insurance Company,

*Defendants - Appellees/Cross-Appellants*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-2825

Before JONES, HO, and WILSON, *Circuit Judges*.

PER CURIAM:*

The court has carefully considered this appeal in light of the briefs, oral arguments, opinions of the district court and magistrate judge, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated in those opinions. AFFIRMED.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.